ELIZABETH H. PAGE, Respondent, v. HENRY A. HORSTMANN, Individually, and as Executor, etc., of WILLIAM D. HORSTMANN, Deceased, and FLORENCE H. GRABAU, Interpleaded, etc., Appellants.— Order reversed on the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that inasmuch as the affirmative defense relates to a transaction between the defendants' testator and the plaintiff represented by the person sought to be examined and the plaintiff denies personal knowledge of the transactions conducted on her behalf by the person sought to be examined, special circumstances exist for his examination within the purview of the third sentence of Civil Practice Act, section 288. All concur. (The order vacates a notice of examination before trial.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

CHARLES F. PICKERELL, as Administrator, etc., of ANNA MAY PICKERELL, Deceased, Respondent, v. ARTHUR H. MACGRAW, Appellant, and WILLIAM A. CALDWELL, Defendant.— On reargument, judgment and order affirmed, with costs. All concur. (The judgment awards damages for death of plaintiff's intestate resulting from a collision between two automobiles. The order denies a motion for a new trial.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ. [See 251 App. Div. 795; Id. 882.]

LESLIE CONGER, Respondent, v. JOSEPH SCARCELLA, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

ANGELO CARUSO, Appellant, v. RIDGE CONSTRUCTION CORPORATION, Respondent.— Judgment and order so far as they relate to the first alleged cause of action reversed on the law and motion as to such cause of action denied and judgment and order otherwise affirmed, without costs of this appeal to either party. Memorandum: The reversal as to the first cause of action is on the authority of Schmidt v. Merchants Despatch Transportation Co. (270 N. Y. 287), and on the ground that the complaint liberally construed alleges an injury not covered by the compensation provisions of the Workmen's Compensation Law. All concur. (The judgment and order dismiss the amended complaint in a silicosis action.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

MARY QUINN, Respondent, v. JOHN BENEDICT, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

THE UNION CENTRAL LIFE INSURANCE COMPANY, Respondent, v. SARA V. MURPHY, Appellant.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

MINNIE DIEDRICH and Another, as Executors, etc., of GEORGE DAIKER, Deceased, Respondents, v. CORN HILL REALTY COMPANY, a Domestic Corporation, Appellant, and Others, Defendants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Edgcomb, Crosby, Lewis, Cunningham and Taylor, JJ.